**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Margaret.ann.mahoney@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2761*

October 20, 2026

**<u>BY ECF</u>**
Honorable Jamel K. Semper, U.S. D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *MI v. Mullin,* No. 26-10702 (JKS)**
**Status Update Letter and Extension Request**

Dear Judge Semper;

This Office represents Defendant, the United States, in the above captioned mandamus action filed by Plaintiff MI, requesting the Court to order the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. USCIS has informed this Office that it intends to schedule an interview for Plaintiff in the near future. Once the interview has been conducted, USCIS will need additional time to review the application, consider the interview, and adjudicate the matter. To that end, USCIS respectfully requests a 60-day extension so that the interview can be scheduled and conducted and so USCIS has time to adjudicate the matter. The current response is due on November 16, 2026. ECF No. 5. USCIS requests an extension until **<u>January 15, 2027</u>**. This is the first request for an extension to respond. Plaintiff's counsels, Paul O'Dwyer, Esq. and Alex Rossebo, Esq., concur with this request.

Thank you for your attention to this matter and your consideration of this request.

Respectfully,

ROBERT FRAZER
United States Attorney

By: s/ Margaret Ann Mahoney
Margaret Ann Mahoney
Assistant United States Attorney

Cc: Counsel of record via ECF

**SO ORDERED**
October 21, 2026
*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**